**Motion Granted; Order filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-01015-CV
NO. 14-12-01044-CV

_____

**CHARLES KENNEBREW, SR. and
ELITE PROTECTIVE SERVICES, LLC, Appellants/Cross-Appellees
V.**

**MICHAEL R. HARRIS, Appellee/Cross-Appellant**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-09593**

## ORDER

Defendants Charles Kennebrew, Sr. and Elite Protective Services, LLC filed a notice of appeal from the final judgment signed by the court below on August 9, 2012. The appeal was assigned to this court and docketed under our appellate case number 14-12-01015-CV. Plaintiff Michael R. Harris filed a notice of cross-appeal from the same judgment. The cross-appeal was assigned to this court and docketed under our appellate case number 14-12-01044-CV.

On February 28, 2013, Michael Harris filed an unopposed motion to consolidate the appeals. We **GRANT** the motion and issue the following order.

We **ORDER** the appeal and cross-appeal, Nos. 14-12-01015-CV and 14-12-01044-CV, **CONSOLIDATED.** All documents should be filed in case number 14-12-01015-CV, and they will be deemed filed in both cases. The briefing deadlines shall be set as follows:

1. Charles Kennebrew, Sr. and Elite Protective Services, LLC shall file their appellants' brief of up to 15,000 words on or before **April 4, 2013**, subject to any extension of time that may be granted;

2. Michael R. Harris shall filed his combined brief of appellee/cross-appellant of up to 15,000 words 30 days thereafter, subject to any extension of time that may be granted;

3. Charles Kennebrew, Sr. and Elite Protective Services, LLC shall file their combined reply/cross-appellees' brief of up to 15,000 words, 30 days thereafter, subject to any extension of time that may be granted;

4. Michael R. Harris shall file any cross-appellant's reply brief of up to 7,500 words 20 days thereafter, subject to any extension of time that may be granted.

PER CURIAM